COMMONWEALTH OF PENNSYLVANIA

<u>AFFIDAVIT</u>

COUNTY OF _____Centre_____ : CIVIL ACTION NO. 1:00-cv-01069

I, __Francis M. Dougherty__ being duly sworn, depose and say:

(1)    I am employed as <u>Business Manager</u> at <u>SCI - Rockview</u>.
       I have served in that capacity since <u>December 22, 19 91</u>.

(2)    The plaintiff, __Russell E. Goss Jr.__ Reg. No. CD-1749
       is presently incarcerated at the said institution.

(3)    The following is a listing of assets at the said institution belonging to plaintiff:

| | | | | |
|---|---|---|---|---|
| a. | Prison account | | | |
| | 1. | Present balance: | $ | 193.77 |
| | 2. | Total amount of deposits during six months preceding the filing of the complaint: | $ | 998.18 |
| | 3. | Average monthly balance: | $ | 195.87 |
| | 4. | Average monthly deposits: | $ | 166.36 |
| b. | Employment | | | |
| | 1. | Institution employment: | $ | 198.73 |
| | 2. | Average monthly deposits: | $ | 33.12 |
| c. | Other resources: | | | |
| | | Personal Gifts, Refunds | | |

(4)    I have attached a true and correct copy of the record of the transactions of the prisoner's
       account which occurred within the six months preceding the filing of the complaint.

(5)    The above information set forth in this affidavit is true and correct to the best of my
       knowledge, information and belief.

_L. M. Dougherty, Business Manager_

Francis M. Dougherty, Business Manager

## Russell E. Goss, CD-1749
AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | 6 MONTH AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/99 | $ 139.52 | 1/20/00 | $ 135.32 | 2/20/00 | $ 149.54 | 3/20/00 | $ 195.73 | 4/20/00 | $ 332.68 | 5/20/00 | $ 182.53 | |
| 12/21/99 | 109.97 | 1/21/00 | 135.32 | 2/21/00 | 149.54 | 3/21/00 | 195.73 | 4/21/00 | 332.68 | 5/21/00 | 182.53 | |
| 12/22/99 | 109.97 | 1/22/00 | 135.32 | 2/22/00 | 149.54 | 3/22/00 | 304.68 | 4/22/00 | 332.68 | 5/22/00 | 182.53 | |
| 12/23/99 | 109.97 | 1/23/00 | 135.32 | 2/23/00 | 177.09 | 3/23/00 | 304.68 | 4/23/00 | 332.68 | 5/23/00 | 182.53 | |
| 12/24/99 | 109.97 | 1/24/00 | 135.32 | 2/24/00 | 177.09 | 3/24/00 | 304.68 | 4/24/00 | 332.68 | 5/24/00 | 159.71 | |
| 12/25/99 | 109.97 | 1/25/00 | 135.32 | 2/25/00 | 177.09 | 3/25/00 | 304.68 | 4/25/00 | 307.60 | 5/25/00 | 159.71 | |
| 12/26/99 | 109.97 | 1/26/00 | 111.47 | 2/26/00 | 177.09 | 3/26/00 | 307.60 | 4/26/00 | 307.60 | 5/26/00 | 159.71 | |
| 12/27/99 | 159.97 | 1/27/00 | 161.47 | 2/27/00 | 177.09 | 3/27/00 | 307.60 | 4/27/00 | 307.60 | 5/27/00 | 159.71 | |
| 12/28/99 | 159.97 | 1/28/00 | 161.47 | 2/28/00 | 177.09 | 3/28/00 | 307.60 | 4/28/00 | 307.60 | 5/28/00 | 159.71 | |
| 12/29/99 | 142.10 | 1/29/00 | 161.47 | 2/29/00 | 151.20 | 3/29/00 | 307.60 | 4/29/00 | 307.60 | 5/29/00 | 159.71 | |
| 12/30/99 | 142.10 | 1/30/00 | 161.47 | 3/1/00 | $ 159.95 | 3/30/00 | 307.60 | 4/30/00 | 307.60 | 5/30/00 | 159.71 | |
| 12/31/99 | 142.10 | 1/31/00 | 161.47 | 3/2/00 | 159.95 | 3/31/00 | 307.60 | 5/1/00 | $ 307.60 | 5/31/00 | 153.14 | |
| 1/1/00 | 142.10 | 2/1/00 | 161.47 | 3/3/00 | 159.95 | 4/1/00 | 279.86 | 5/2/00 | 307.60 | 6/1/00 | $ 142.29 | |
| 1/2/00 | 142.10 | 2/2/00 | 138.32 | 3/4/00 | 159.95 | 4/2/00 | 279.86 | 5/3/00 | 333.59 | 6/2/00 | 142.29 | |
| 1/3/00 | 142.10 | 2/3/00 | 127.47 | 3/5/00 | 159.95 | 4/3/00 | 279.86 | 5/4/00 | 322.74 | 6/3/00 | 142.29 | |
| 1/4/00 | 142.10 | 2/4/00 | 127.47 | 3/6/00 | 159.95 | 4/4/00 | 279.86 | 5/5/00 | 322.74 | 6/4/00 | 142.29 | |
| 1/5/00 | 115.34 | 2/5/00 | 127.47 | 3/7/00 | 133.73 | 4/5/00 | 279.86 | 5/6/00 | 322.74 | 6/5/00 | 142.29 | |
| 1/6/00 | 104.49 | 2/6/00 | 127.47 | 3/8/00 | 133.73 | 4/6/00 | 291.43 | 5/7/00 | 322.74 | 6/6/00 | 282.14 | |
| 1/7/00 | 104.49 | 2/7/00 | 127.47 | 3/9/00 | 133.73 | 4/7/00 | 291.43 | 5/8/00 | 291.43 | 6/7/00 | 322.74 | |
| 1/8/00 | 104.49 | 2/8/00 | 127.47 | 3/10/00 | 183.73 | 4/8/00 | 291.43 | 5/9/00 | 291.43 | 6/8/00 | 321.31 | |
| 1/9/00 | 104.49 | 2/9/00 | 153.37 | 3/11/00 | 183.73 | 4/9/00 | 291.43 | 5/10/00 | 291.43 | 6/9/00 | 177.21 | |
| 1/10/00 | 104.49 | 2/10/00 | 148.87 | 3/12/00 | 183.73 | 4/10/00 | 291.43 | 5/11/00 | 149.93 | 6/10/00 | 259.57 | |
| 1/11/00 | 136.38 | 2/11/00 | 148.87 | 3/13/00 | 217.54 | 4/11/00 | 291.43 | 5/12/00 | 149.93 | 6/11/00 | 259.57 | |
| 1/12/00 | 107.05 | 2/12/00 | 148.87 | 3/14/00 | 217.54 | 4/12/00 | 273.26 | 5/13/00 | 149.93 | 6/12/00 | 254.57 | |
| 1/13/00 | 107.05 | 2/13/00 | 148.87 | 3/15/00 | 195.73 | 4/13/00 | 273.26 | 5/14/00 | 149.93 | 6/13/00 | 254.57 | |
| 1/14/00 | 107.05 | 2/14/00 | 176.80 | 3/16/00 | 195.73 | 4/14/00 | 273.26 | 5/15/00 | 232.13 | 6/14/00 | 379.39 | |
| 1/15/00 | 107.05 | 2/15/00 | 176.80 | 3/17/00 | 195.73 | 4/15/00 | 273.26 | 5/16/00 | 241.43 | 6/15/00 | 329.99 | |
| 1/16/00 | 107.05 | 2/16/00 | 149.54 | 3/18/00 | 195.73 | 4/16/00 | 273.26 | 5/17/00 | 269.00 | 6/16/00 | 337.92 | |
| 1/17/00 | 107.05 | 2/17/00 | 149.54 | 3/19/00 | 195.73 | 4/17/00 | 360.29 | 5/18/00 | 269.01 | 6/17/00 | 193.77 | |
| 1/18/00 | 107.05 | 2/18/00 | 149.54 | | - | 4/18/00 | 360.29 | 5/19/00 | 279.86 | 6/18/00 | 193.77 | |
| 1/19/00 | 107.05 | 2/19/00 | 149.54 | | | 4/19/00 | 332.68 | | | 6/19/00 | 193.77 | |
| AVG | $ 121.13 | | $ 145.03 | | $ 162.31 | | $ 286.16 | | $ 257.54 | | $ 203.03 | $ 195.87 |
| | | | | | | | | | | | | 195.8667 |

# Russell E. Goss, CD-1749

## AVERAGE MONTHLY DEPOSITS

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 12/27/99 | $ - | $ 50.00 | $ 50.00 |
| 1/11/00 | 32.34 | - | 32.34 |
| 1/14/00 | - | 50.00 | 50.00 |
| 1/27/00 | - | 50.00 | 50.00 |
| 2/8/00 | - | 50.00 | 50.00 |
| 2/14/00 | 27.93 | - | 27.93 |
| 2/23/00 | - | 50.00 | 50.00 |
| 3/2/00 | - | 19.60 | 19.60 |
| 3/10/00 | - | 50.00 | 50.00 |
| 3/13/00 | 33.81 | - | 33.81 |
| 4/6/00 | - | 50.00 | 50.00 |
| 4/17/00 | 37.03 | 50.00 | 87.03 |
| 5/3/00 | - | 50.00 | 50.00 |
| 5/15/00 | 32.20 | - | 32.20 |
| 5/16/00 | - | 50.00 | 50.00 |
| 5/31/00 | - | 50.00 | 50.00 |
| 6/6/00 | - | 139.85 | 139.85 |
| 6/12/00 | 35.42 | 40.00 | 75.42 |
| 6/13/00 | - | 50.00 | 50.00 |
| TOTALS | $ 198.73 | $ 799.45 | $ 998.18 |
| AVG | $ 33.12 | | $ 166.36 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING      DATE  6/22/2000
REMOTE PRINT TIME 13:28              FROM PURGE FILE          PAGE       2
```

| INMATE | NAME | | |
|---|---|---|---|
| NUMBER | LAST | FIRST | MI |
| CD1749 | GOSS | RUSSELL | E |

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 6795 | 11-18-1999 37 | POSTAGE | | |
| | | U P S  CHARGES  10-18-99 | -3.60 | 212.05 |
| 6797 | 11-18-1999 31 | OUTSIDE PURCHASES | | |
| | | M & P SALES | -36.48 | 175.57 |
| 8327 | 11-23-1999 32 | ROC COMMISSARY | | |
| | | FOR 11/23/1999 | -24.42 | 151.15 |
| 8327 | 11-23-1999 32 | ROC COMMISSARY | | |
| | | FOR 11/23/1999 | -13.13 | 138.02 |
| 6856 | 11-30-1999 41 | MEDICAL | | |
| | | CO-PAY - 11-24-99 | -2.00 | 136.02 |
| 6858 | 11-30-1999 44 | ORGANIZATIONAL | | |
| | | HOLY NAME SOCIETY DONATION | -2.00 | 134.02 |
| 6873 | 12-01-1999 37 | POSTAGE | | |
| | | UPS CHARGE - 11-01-99 | -7.21 | 126.81 |
| 6874 | 12-01-1999 37 | POSTAGE | | |
| | | UPS CHGS-WEEK ENDING 11/20/99 | -3.60 | 123.21 |
| 8335 | 12-01-1999 32 | ROC COMMISSARY | | |
| | | FOR 12/01/1999 | -28.44 | 94.77 |
| 9912 | 12-02-1999 34 | RADIO/TV | | |
| | | BASIC CABLE TV AND HBO | -10.85 | 83.92 |
| 6899 | 12-06-1999 13 | PERSONAL GIFT FROM | | |
| | | VERA GOSS           #370869 | 50.00 | 133.92 |
| 6915 | 12-07-1999 37 | POSTAGE | | |
| | | U P S  CHARGES | -3.96 | 129.96 |
| 8342 | 12-08-1999 32 | ROC COMMISSARY | | |
| | | FOR 12/08/1999 | -40.25 | 89.71 |
| 8342 | 12-08-1999 32 | ROC COMMISSARY | | |
| | | FOR 12/09/1999 | -.72 | 88.99 |
| 6958 | 12-13-1999 10 | MAINTENANCE PAYROLL | | |
| | | NOVEMBER 1999 WAGES | 27.93 | 116.92 |
| 6972 | 12-15-1999 13 | PERSONAL GIFT FROM | | |
| | | GOSS, VERA          #E376074 | 50.00 | 166.92 |
| 8349 | 12-15-1999 32 | ROC COMMISSARY | | |
| | | FOR 12/15/1999 | -23.40 | 143.52 |
| 6990 | 12-16-1999 41 | MEDICAL | | |
| | | CO-PAY (12/15) | -4.00 | 139.52 |
| 7011 | 12-21-1999 37 | POSTAGE | | |
| | | DECEMBER | -.77 | 138.75 |
| 8355 | 12-21-1999 32 | ROC COMMISSARY | | |
| | | FOR 12/21/1999 | -28.78 | 109.97 |
| 7043 | 12-27-1999 13 | PERSONAL GIFT FROM | | |
| | | RUSSELL GOSS        #453708 | 50.00 | 159.97 |
| 8362 | 12-28-1999 32 | ROC COMMISSARY | | |
| | | FOR 12/28/1999 | -17.87 | 142.10 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>      142.10
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  6/22/2000
REMOTE PRINT TIME 13:28           FROM PURGE FILE            PAGE         1
```

| INMATE | NAME | | | | |
|--------|------|--|--|--|--|
| NUMBER | LAST | FIRST | MI | | STARTING BALANCE |
| CD1749 | GOSS | RUSSELL | E | | 142.10 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|--|-------------------------|--|--------------------|---------------------------|
| 7114 | 01-05-2000 | 12 | BONUS PAYROLL | | | |
| | | | OFFICIAL'S PAY FOR DECEMBER 99 | | 5.04 | 147.14 |
| 8005 | 01-05-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  1/05/2000 | | -31.80 | 115.34 |
| 9001 | 01-06-2000 | 34 | RADIO/TV | | | |
| | | | BASIC CABLE TV AND HBO | | -10.85 | 104.49 |
| 7174 | 01-11-2000 | 10 | MAINTENANCE PAYROLL | | | |
| | | | DECEMBER 1999 WAGES | | 32.34 | 136.83 |
| 7178 | 01-12-2000 | 37 | POSTAGE | | | |
| | | | JANUARY | | -2.31 | 134.52 |
| 8012 | 01-12-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  1/12/2000 | | -27.47 | 107.05 |
| 7204 | 01-14-2000 | 13 | PERSONAL GIFT FROM | | | |
| | | | GOSS, V | #E530109 | 50.00 | 157.05 |
| 8019 | 01-19-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  1/19/2000 | | -21.73 | 135.32 |
| 8026 | 01-26-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  1/26/2000 | | -23.85 | 111.47 |
| 7299 | 01-27-2000 | 13 | PERSONAL GIFT FROM | | | |
| | | | GOSS, VERA | #E610678 | 50.00 | 161.47 |
| 8033 | 02-02-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  2/02/2000 | | -23.15 | 138.32 |
| 9002 | 02-03-2000 | 34 | RADIO/TV | | | |
| | | | BASIC CABLE TV AND HBO | | -10.85 | 127.47 |
| 7370 | 02-08-2000 | 13 | PERSONAL GIFT FROM | | | |
| | | | VERA GOSS | #347636 | 50.00 | 177.47 |
| 8040 | 02-09-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  2/09/2000 | | -24.10 | 153.37 |
| 7389 | 02-10-2000 | 41 | MEDICAL | | | |
| | | | CO-PAY 2-8-00 | | -4.00 | 149.37 |
| 7394 | 02-10-2000 | 38 | INSIDE PURCHASES | | | |
| | | | LIBRARY COPIES - JANUARY | | -.50 | 148.87 |
| 7413 | 02-14-2000 | 10 | MAINTENANCE PAYROLL | | | |
| | | | WAGES - JANUARY 2000 | | 27.93 | 176.80 |
| 8047 | 02-16-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  2/17/2000 | | -27.26 | 149.54 |
| 7484 | 02-23-2000 | 13 | PERSONAL GIFT FROM | | | |
| | | | VERA GOSS | #420244 | 50.00 | 199.54 |
| 8054 | 02-23-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  2/23/2000 | | -22.45 | 177.09 |
| 8061 | 03-01-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR  3/01/2000 | | -25.89 | 151.20 |
| 7555 | 03-02-2000 | 14 | MISCELLANEOUS | | | |
| | | | REIMBURSEMENT - CELL CURTAINS | | 19.60 | 170.80 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING      DATE   6/22/2000
REMOTE PRINT TIME 13:28           FROM PURGE FILE           PAGE         2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| CD1749 | GOSS | RUSSELL | E |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 9003 | 03-02-2000 | 34 | RADIO/TV | | | |
| | | | BASIC CABLE TV AND HBO | | -10.85 | 159.95 |
| 8068 | 03-08-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR 3/08/2000 | | -26.22 | 133.73 |
| 7609 | 03-10-2000 | 13 | PERSONAL GIFT FROM | | | |
| | | | GOSS, VERA | #E605587 | 50.00 | 183.73 |
| 7621 | 03-13-2000 | 10 | MAINTENANCE PAYROLL | | | |
| | | | FEBRUARY 2000 WAGES | | 33.81 | 217.54 |
| 8075 | 03-15-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR 3/15/2000 | | -21.81 | 195.73 |
| 7671 | 03-20-2000 | 13 | PERSONAL GIFT FROM | | | |
| | | | MRS. V. GOSS | #443533 | 130.00 | 325.73 |
| 8082 | 03-22-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR 3/22/2000 | | -21.05 | 304.68 |
| 8089 | 03-29-2000 | 32 | ROC COMMISSARY | | | |
| | | | FOR 3/30/2000 | | -24.82 | 279.86 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>    279.86
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM       RUN     IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING      DATE  6/22/2000
REMOTE PRINT TIME 13:28            FROM ACTIVE FILE         PAGE        1
```

| INMATE | NAME | | | | |
|---|---|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| CD1749 | GOSS | | RUSSELL | E | 279.86 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9004 | 04-03-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 269.01 |
| 7798 | 04-05-2000 | 41 | MEDICAL | | |
| | | | CO-PAY    4-03-00 | -2.00 | 267.01 |
| 8096 | 04-05-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  4/05/2000 | -25.58 | 241.43 |
| 7801 | 04-06-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | GOSS, V            #E428327 | 50.00 | 291.43 |
| 8103 | 04-12-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  4/14/2000 | -18.17 | 273.26 |
| 7878 | 04-17-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | GOSS, V.           #E569705 | 50.00 | 323.26 |
| 7883 | 04-17-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES - MARCH 2000 | 37.03 | 360.29 |
| 8110 | 04-19-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  4/19/2000 | -27.61 | 332.68 |
| 8117 | 04-26-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  4/26/2000 | -25.08 | 307.60 |
| 7989 | 05-02-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | GOSS, V.           #E444979 | 50.00 | 357.60 |
| 8124 | 05-03-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  5/03/2000 | -15.73 | 341.87 |
| 8124 | 05-03-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  5/03/2000 | -8.28 | 333.59 |
| 9005 | 05-04-2000 | 34 | RADIO/TV | | |
| | | | BASIC CABLE TV AND HBO | -10.85 | 322.74 |
| 27 | 05-08-2000 | 37 | POSTAGE | | |
| | | | MAY | -1.43 | 321.31 |
| 39 | 05-09-2000 | 31 | OUTSIDE PURCHASES | | |
| | | | HOLABIRD SPORTS | -144.10 | 177.21 |
| 8131 | 05-10-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  5/10/2000 | -27.28 | 149.93 |
| 76 | 05-15-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | WAGES   (APRIL) | 32.20 | 182.13 |
| 84 | 05-16-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | GOSS, V            #E421348 | 50.00 | 232.13 |
| 87 | 05-17-2000 | 37 | POSTAGE | | |
| | | | MAY | -7.06 | 225.07 |
| 90 | 05-17-2000 | 44 | ORGANIZATIONAL | | |
| | | | JAYCEE ICE CREAM TICKETS | -10.00 | 215.07 |
| 8138 | 05-17-2000 | 32 | ROC COMMISSARY | | |
| | | | FOR  5/18/2000 | -32.54 | 182.53 |
| 150 | 05-24-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES   (MAY) | -3.00 | 179.53 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  6/22/2000
REMOTE PRINT TIME 13:28            FROM ACTIVE FILE          PAGE      2
```

```
     INMATE    NAME
     NUMBER    LAST                 FIRST        MI
     CD1749    GOSS                 RUSSELL      E
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8145 | 05-24-2000 | 32 | ROC COMMISSARY FOR 5/24/2000 | | -19.82 | 159.71 |
| 189 | 05-31-2000 | 13 | PERSONAL GIFT FROM GOSS, V. | #E484114 | 50.00 | 209.71 |
| 192 | 05-31-2000 | 44 | ORGANIZATIONAL JAYCEE BANQUET | | -30.00 | 179.71 |
| 8152 | 05-31-2000 | 32 | ROC COMMISSARY FOR 5/31/2000 | | -26.57 | 153.14 |
| 9006 | 06-01-2000 | 34 | RADIO/TV BASIC CABLE TV AND HBO | | -10.85 | 142.29 |
| 234 | 06-06-2000 | 14 | MISCELLANEOUS HOLABIRD REF CK | #E489069 | 139.85 | 282.14 |
| 8159 | 06-07-2000 | 32 | ROC COMMISSARY FOR 6/07/2000 | | -22.57 | 259.57 |
| 270 | 06-09-2000 | 44 | ORGANIZATIONAL JAYCEE BANQUET PHOTOS | | -5.00 | 254.57 |
| 275 | 06-12-2000 | 13 | PERSONAL GIFT FROM VERA GOSS | #501886 | 40.00 | 294.57 |
| 281 | 06-12-2000 | 10 | MAINTENANCE PAYROLL WAGES - MAY 2000 | | 35.42 | 329.99 |
| 284 | 06-13-2000 | 13 | PERSONAL GIFT FROM GOSS, V | #E400696 | 50.00 | 379.99 |
| 296 | 06-13-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES - MAY | | -.60 | 379.39 |
| 306 | 06-14-2000 | 44 | ORGANIZATIONAL JAYCEE ICE CREAM TICKET | | -15.00 | 364.39 |
| 8166 | 06-14-2000 | 32 | ROC COMMISSARY FOR 6/14/2000 | | -26.47 | 337.92 |
| 320 | 06-15-2000 | 31 | OUTSIDE PURCHASES HOLABIRD SPORTS | | -144.15 | 193.77 |
| 8173 | 06-21-2000 | 32 | ROC COMMISSARY FOR 6/21/2000 | | -29.85 | 163.92 |
| 362 | 06-22-2000 | 37 | POSTAGE JUNE | | -5.55 | 158.37 |

```
               BALANCE AFTER THESE TRANSACTIONS------>      158.37
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :   Civil Action No. 1:00-cv-01069

                                    :

Inmate: Russell E. Goss Jr.         :                    FILED
                                                    HARRISBURG, PA
ID Number:  CD1749

                                                      JUN 1 9 2000

              ADMINISTRATIVE ORDER            MARY E. D'ANDREA, CLERK
                                              Per _____
                                                         Deputy Clerk

        The individual identified above has initiated a civil complaint in the
U.S. District Court for the Middle District of Pennsylvania.  The filing fee
for this action is $150.00.

        Pursuant to the Prison Litigation Reform Act and Standing Order No.
96-1 of this court, the Superintendent/Warden of the institution where this
inmate is incarcerated is directed to furnish the court and the inmate with a
certified copy of the statement for the past six months of the prisoner's
trust fund account (or institutional equivalent).  The Superintendent/Warden
is also directed to remit from the prisoner's account, in monthly
installments, the full $150.00 fee.

        As soon as funds are available in the inmate's prison account, the
Superintendent/Warden shall submit an initial partial payment of 20 percent of
the greater of:

        (1) the average monthly deposits to the inmate's prison account for
the past six months, or

        (2) the average monthly balance in the inmate's prison account for
the past six months.

        The remittance must be accompanied by a statement of the calculations
used to arrive at the amount, a copy of which you shall furnish to the inmate.

        After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full.  Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk.  Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution.  This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

BY: _____
Deputy Clerk

DATE: June 19, 2000