General Depository for credit to
United States Treasury System

Fri Jun 30 11:49:39 2000

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 80342
Cashier        sylviam

Tender Type  CHECK

Check Number: 28373

Transaction Type   AR

DO Code   Div No    Acct
 4667       3      510991

Amount          $     39.17

SCI ROCKVIEW BOX A BELLEFONTE PA 168

FF RUSSELL ROSS JR 00-1069

**FILED**
**SCRANTO**

bn                JUN 3 0 200

PER _____
DEPUTY CLERK

7
7/5/0
1:00 CV 1069
Rambo / LQ