IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL E. GOSS, JR., | : CIVIL ACTION NO. 1:CV-00-1069 |
| Plaintiff | : |
| v. | : |
| WILLIAM F. WARD, ET AL., | : (Judge Rambo) |
| Defendants | : |

**O R D E R**

AND NOW, THIS 28 DAY OF JULY, 2000, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve

---

1. Goss completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

Plaintiff's complaint on the Defendants named therein.

*[signature]*
SYLVIA H. RAMBO
United States District Judge

Dated: July  28  , 2000

SR:lq

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 28, 2000

Re:   1:00-cv-01069    Goss v. Ward

True and correct copies of the attached were mailed by the clerk to the following:

>    Russell E. Goss Jr.
>    SCI-R
>    SCI at Rockview
>    CD1749
>    P.O. Box A
>    Bellefonte, PA  16823

```
cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                (✓)  with N/C attached to complt. and served by:
                                   U.S. Marshal (✓)    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )

Bankruptcy Court              ( )
Other_____       ( )
```

MARY E. D'ANDREA, Clerk

DATE:    7/28/00                                    BY: _____
                                                        Deputy Clerk