

Ranco

⑨
8/16/00
CY

```
08/15/00                TRANSFER-ADJUSTMENT-FORFEITURE REPORT

TRNS-ADJ         DATE      FUND     CASE NO       DEF           AMOUNT       1
***************************************************************************
                                    SCRANTON
803001997701.  08/14/00   6855XX   3:00-OP-1        1          -108.77
803001997702.  08/14/00   0869PL                    0             3.17
803001997703.  08/14/00   5100PL                    0             7.73
803001997704.  08/14/00   0869PL                    0             7.73
803001997705.  08/14/00   5100PL                    0            50.83
803001997706.  08/14/00   0869PL                    0            39.31
803001997801.  08/14/00   6855XX   3:00-OP-1        1           -16.65
803001997802.  08/14/00   5100PL                    0             5.58
803001997803.  08/14/00   5100PL                    0             3.27
803001997804.  08/14/00   0869PL                    0             7.80

                                              DIVISION TOTAL      0.00
```

Goss

1:00-1069

T1997-5+6    $ 90.14

FILED
SCRANTON
AUG 15 2000
PER _____
      DEPUTY CLERK