09/20/00

TRANSFER-ADJUSTMENT-FORFEITURE REPORT

1

SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 80 | | | | | |
| 8030020202101. | 09/19/00 | 6855XX | 3:00-OP-1 | 1 | -34.11 |
| 8030020202102. | 09/19/00 | 5100PL | | 0 | 7.90 |
| 8030020202103. | 09/19/00 | 0869PL | | 0 | 7.90 |
| 8030020202104. | 09/19/00 | 0869PL | | 0 | 15.31 |
| 8030020202105. | 09/19/00 | 0869PL | | 0 | 3.00 |
| 8030020202201. | 09/19/00 | 6855XX | 3:00-OP-1 | 1 | -14.50 |
| 8030020202202. | 09/19/00 | 5100PL | | 0 | 3.50 |
| 8030020202203. | 09/19/00 | 5100PL | | 0 | 3.50 |
| 8030020202204. | 09/19/00 | 0869PL | | 0 | 4.17 |
| 8030020202205. | 09/19/00 | 5100PL | | 0 | 3.33 |
| 8030020202301. | 09/19/00 | 6855XX | 3:00-OP-1 | 1 | -24.50 |
| 8030020202302. | 09/19/00 | 0869PL | | 0 | 15.64 |
| 8030020202303. | 09/19/00 | 0869PL | | 0 | 8.86 |
| 8030020202401. | 09/19/00 | 086900 | | 0 | -5.00 |
| 8030020202402. | 09/19/00 | 6855XX | 3:00-OP-1 | 1 | 5.00 |

DIVISION TOTAL

0.00

*Handwritten notes:*

9/22/00 RAMBO
Cy

T 2021-4    $15-31    1:00 - 1069   Goss

FILED
SCRANTON
SEP 2 0 2000

PER _____
DEPUTY CLERK