MARTIN F. HORN
SECRETARY

JOSEPH W. CHESNEY
SUPERINTENDENT



*Psle/LB*
*Rambo*

**COMMONWEALTH OF PENNS**
**DEPARTMENT OF CORREC**

**STATE CORRECTIONAL INST**
**AT FRACKVILLE**

October 16, 20

U S District Court
Attn: Mary D'Andrea, Clerk
Middle District Court
P O Box 1148
Scranton, PA 18501

Dear Clerk of Courts:

Attached is our check #26704 in the amount of $ 5.38, which present
Cases. The breakdown is as follows:

| Inmate # | Inmate Name | Case # | Amount |
|----------|-------------|--------|--------|
| **CD-1749** | **Goss** | 1:00-cv-01069 | $ 5.38 |

Our records indicate Mr. Goss is now paid in full. If you have any c
114.

Cordially,

Cynthia Wa
Accounting

cc:      Inmate

---

Wed Oct 18 11:51:88 2000

UNITED STATES DISTRICT COURT

SCRANTON          , PA

Receipt No.    333 01426
Cashier        tanya

Tender Type  CHECK

Check Number: 26704

Transaction Type   AP

DG Code      Div No      Acct
4667          .3        086901

Amount       $      5.38

SCI FRACKVILLE 1111 ALTAMONT BLVD, F
FRACKVILLE, PA 17931

PARTIAL FILING FEE 00-CV-1069 GOSS1
GOSS

FILED
SCRANTON

OCT 19 2000

PER
DEPUTY CLERK