IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUSSELL E. GOSS, JR.,                :    CIVIL ACTION NO. 1:CV-00-1069
                                     :
            Plaintiff                :
                                     :
      v.                             :
                                     :
WILLIAM F. WARD, ET AL.,             :    (Judge Rambo)
                                     :
            Defendants               :

ORDER

FILED
HARRISBURG, PA
DEC 05 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IT IS HEREBY ORDERED THAT:

1. All discovery shall be completed within sixty (60) days of the date of this order.

2. Dispositive motions, if any, shall be filed within thirty (30) days of the close of discovery.

SYLVIA H. RAMBO
United States District Judge

Dated: December 5, 2000.

SR:lq

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 5, 2000

Re:  1:00-cv-01069    Goss v. Ward

True and correct copies of the attached were mailed by the clerk to the following:

    Russell E. Goss Jr.
    SCI-R
    SCI at Rockview
    CD1749
    P.O. Box A
    Bellefonte, PA  16823

    Daniel J. Doyle, Esq.
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120

cc:
Judge                            (X)
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen ( )
                                          DA of County ( )   Respondents ( )
Bankruptcy Court                 ( )
Laurie Quinn                     (X)

                                                     MARY E. D'ANDREA, Clerk

DATE: December 5th, 2000                                    BY: _____
                                                            Deputy Clerk