

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**

February 12, 2001
(VIA HAND DELIVERY)

MIKE FISHER
ATTORNEY GENERAL

15th Fl., Strawberry Square
Litigation Section
Harrisburg, PA 17120
(717) 787-2944
(717) 772-4526 - FAX

Peter Welsh, Deputy-In-Charge
U.S. Courthouse
228 Walnut Street, Room 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**FILED**
**HARRISBURG**
FEB 12 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

RE: *Goss v. Ward, et al.*
No. 1:CV-00-1069 (M.D.Pa.)

Dear Mr. Goss:

On February 7, 2001, I filed a motion to compel answers to interrogatories and to extend the date for filing dispositive motions. The basis for my motion was that the plaintiff had not responded to discovery. Today I received responses from the plaintiff to my discovery requests and am asking that the motion I filed on February 7th be deemed withdrawn as moot.

Respectfully,

DANIEL J. DOYLE
Senior Deputy Attorney General

lls
cc: Russell Goss, Jr., CD-1749