17
2/21/0
MM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUSSELL E. GOSS, JR.,                :    CIVIL ACTION NO. 1:CV-00-1069
                                     :
            Plaintiff                :
                                     :
      v.                             :
                                     :
WILLIAM F. WARD, ET AL.,             :    (Judge Rambo)
                                     :
            Defendants               :

**FILED**
HARRISBURG, PA

**O R D E R**

FEB 21 2001

MARY E. D'ANDREA, CLERK
Per _____ MM
        Deputy Clerk

NOW, IT IS HEREBY ORDERED THAT:

1.   Defendants' letter filed February 12, 2001 (Doc. 16) is construed as a motion to withdraw Defendants' motion to compel filed on February 7, 2001 (Doc. 14).

2.   Defendants' motion to withdraw (Doc. 16) is granted, and the motion to compel (Doc. 14) is deemed withdrawn.

SYLVIA H. RAMBO
United States District Judge

Dated: February 21   , 2001

SR:lq

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 21, 2001

Re:   1:00-cv-01069    Goss v. Ward

True and correct copies of the attached were mailed by the clerk
to the following:

      Russell E. Goss Jr.
      SCI-R
      SCI at Rockview
      CD1749
      P.O. Box A
      Bellefonte, PA  16823

      Daniel J. Doyle, Esq.
      Strawberry Square
      15th Floor
      Harrisburg, PA  17120

```
cc:
Judge                      (X )              (X ) Pro Se Law Clerk
Magistrate Judge           (  )              (  ) INS
U.S. Marshal               (  )              (  ) Jury Clerk
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             (  ) with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail
                               to:  US Atty Gen   ( )   PA Atty Gen ( )
                                    DA of County  ( )   Respondents ( )
Bankruptcy Court           (  )
Other_____     (  )
                                        MARY E. D'ANDREA, Clerk
```

DATE: February 21st, 2001                    BY: _____
                                                 Deputy Clerk