IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUSSELL E. GOSS, JR.,** | : CIVIL ACTION NO. 1:CV-00-1069 |
| **Plaintiff** | : |
| v. | : |
| **WILLIAM F. WARD, ET AL.,** | : (Judge Rambo) |
| **Defendants** | : |

FILED
HARRISBURG, PA
APR 1 2 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

Plaintiff filed his brief and supporting documents in opposition to Defendants' motion for summary judgment on April 9, 2001, but failed to submit a statement of material facts in opposition to the statement of facts previously filed by Defendants. Middle District of Pennsylvania Local Rule 56.1 requires that the papers opposing a motion for summary judgment include a statement of the material facts which respond to the statement submitted by the moving party. Local Rule 56.1 provides that the failure to submit an opposing statement of material facts will result in all material facts set forth by the moving party being deemed admitted. Accordingly, **IT IS HEREBY ORDERED THAT** within 15 days from the date of this Order, Plaintiff shall file his opposing statement of material facts in accordance with Local Rule 56.1. Failure to do so will result in the facts as set forth by Defendants in their statement being deemed admitted.

SYLVIA H. RAMBO
United States District Judge

Dated: April 12, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 12, 2001

Re:  1:00-cv-01069    Goss v. Ward

True and correct copies of the attached were mailed by the clerk to the following:

Russell E. Goss Jr.
SCI-R
SCI at Rockview
CD1749
P.O. Box A
Bellefonte, PA  16823

Daniel J. Doyle, Esq.
Strawberry Square
15th Floor
Harrisburg, PA  17120

```
cc:
Judge                          (/)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
                                         DA of County  ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____4-12-01_____           BY: _____[signature]_____
                                           Deputy Clerk