ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL E. GOSS, JR., | : |
| Plaintiff | : |
| v. | : No. 1:CV-00-1069 |
| | : (JUDGE RAMBO) |
| WILLIAM F. WARD, et al., | : |
| Defendants | : |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants move this Court for an enlargment of time to file their reply brief. In support of this motion, defendants aver as follows:

1. Defendants filed a motion for summary judgment and followed that motion with a brief in support.

2. Plaintiff filed a brief in opposition to the motion for summary judgment but did not address the defendants' statement of undisputed material facts.

3. This Court recently notified the plaintiff of his failure to address the statement of undisputed material facts and gave the plaintiff fifteen (15) days in which to do so or defendants' statements would be deemed admitted.

4. Defendants do not know at this point whether plaintiff will file answers to defendants' statement of undisputed material facts, but would like to file their reply brief after the time given by the Court to the plaintiff has expired.

5. Counsel for defendants will be out of the office from April 24 through May 5 and will not have a chance to prepare a reply brief during that time.

6. For this reason, defendants ask that the time for filing a reply brief be enlarged to May 11, 2001.

**WHEREFORE**, for the reasons given above, defendants ask that any reply brief in support of their motion for summary judgment be due on or before May 11, 2001.

             **Respectfully submitted,**

             **D. MICHAEL FISHER**
             Attorney General

      BY: _____
             **DANIEL J. DOYLE**
             Senior Deputy Attorney General
             I.D. No. 54855

             **SUSAN J. FORNEY**
**Office of Attorney General**    Chief Deputy Attorney General
**Litigation Section**       Chief Litigation Section
15th Floor, Strawberry Sq.
Harrisburg, PA 17120
(717) 787-2944

**DATE:** April 23, 2001

-2-

## CERTIFICATE OF SERVICE

I, **DANIEL J. DOYLE**, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on April 23, 2001, I caused to be served a copy of the foregoing document entitled **Defendants' Motion for Enlargement of Time,** by depositing same in the United States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania, upon the following:

**Russell Goss, Jr., CD-1749**
**SCI-Frackville**
**1111 Altamont Boulevard**
**Frackville, PA 17931-2699**

**DANIEL J. DOYLE**
Senior Deputy Attorney General
I.D. No. 54855

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUSSELL E. GOSS, JR., :
:
    Plaintiff :
:
v. : No. 1:CV-00-1069
: (JUDGE RAMBO)
WILLIAM F. WARD, et al., :
:
    Defendants :

## O R D E R

**AND NOW**, this    day of        , 2001, upon consideration of defendants' motion for enlargement of time, the motion is **GRANTED** and defendants' reply brief will be due on or before May 11, 2001.

BY THE COURT:

_____
**SYLVIA H. RAMBO**
**United States District Judge**