

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL E. GOSS, JR., | : CIVIL ACTION NO. 1:CV-00-1069 |
| Plaintiff | : |
| v. | : |
| WILLIAM F. WARD, ET AL., | : (Judge Rambo) |
| Defendants | : |

FILED
HARRISBURG, PA

APR 26 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

**ORDER**

**IT IS HEREBY ORDERED THAT:**

(1) Defendants' motion for enlargement of time within which to file their reply brief to Plaintiff's brief in opposition to summary judgment (Doc. 22) is granted.

(2) Defendants may file their reply brief on or before May 11, 2001.

SYLVIA H. RAMBO
United States District Judge

Dated: April 26, 2001.

SR:lq

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 26, 2001

Re:  1:00-cv-01069    Goss v. Ward

True and correct copies of the attached were mailed by the clerk to the following:

```
Russell E. Goss Jr.
SCI-R
SCI at Rockview
CD1749
P.O. Box A
Bellefonte, PA  16823

Daniel J. Doyle, Esq.
Strawberry Square
15th Floor
Harrisburg, PA  17120
```

```
cc:
Judge                           (X )           (X ) Pro Se Law Clerk
Magistrate Judge                (  )           (  ) INS
U.S. Marshal                    (  )           (  ) Jury Clerk
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  )  with N/C attached to complt. and served by:
                                      U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5             (  )
Order to Show Cause             (  )  with Petition attached & mailed certified mail
                                      to: US Atty Gen  (  )    PA Atty Gen (  )
                                          DA of County (  )    Respondents (  )

Bankruptcy Court                (  )
Other_____    (  )
                                                    MARY E. D'ANDREA, Clerk
```

4/26/01