*see at*

A 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE.

RUSSELL E. GOSS, JR.
Plaintiff

v.                          CASE NUMBER 1:CV-00-1069

WILLIAM WARD, GARY LUCHT, ALLEN CASTOR,    JUDGE SYLVIA RAMBO
BARBARA DESCHER, RICHARD KIPP, BENJAMIN
MARTINEZ, NICHOLAS MULLER, SEAN RYAN
AND MICHAEL WEBSTER,
Defendants

**FILED**
**HARRISBURG, PA**

SEP 2 6 2001

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of the defendants, William Ward, Gary Lucht, Allen Castor, Barbara Descher, Richard Kipp, Benjamin Martinez, Nicholas Muller, Sean Ryan, and Michael Webster and against the plaintiff, Russell E. Goss, Jr.

September 26, 2001.                    MARY E.,De'Andrea, CLERK

                                       (By) George T. Gardner Deputy Clerk

Certified from the record
Date: 9/26/01
Mary E. D'Andrea, Clerk
Per: George T. Gardner
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 26, 2001

Re:  1:00-cv-01069    Goss v. Ward

True and correct copies of the attached were mailed by the clerk to the following:

Russell E. Goss Jr.
SCI-R
SCI at Rockview
CD1749
P.O. Box A
Bellefonte, PA  16823

Daniel J. Doyle, Esq.
Strawberry Square
15th Floor
Harrisburg, PA  17120

```
cc:
Judge                       (✓)         PJHS
Magistrate Judge            ( )      (✓) Pro Se Law Clerk
U.S. Marshal                ( )      ( ) INS
Probation                   ( )      ( ) Jury Clerk
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               (✓)
Federal Public Defender     ( )
Summons Issued              ( )  with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( )  with Petition attached & mailed certified mail
                                 to:  US Atty Gen  ( )   PA Atty Gen ( )
                                      DA of County ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____9-26-01_____       BY: _____/s/_____
                                      Deputy Clerk

Case 1:00-cv-01063-SHR-KH   Document 29   Filed 09/26/2001   Page 3 of 3