AO 133
(Rev 7/82)

**ORIGINAL**

**BILL OF COSTS**

30
10/4/01

| | |
|---|---|
| **United States District Court** | DISTRICT   MIDDLE DISTRICT OF PENNSYLVANIA |
| RUSSELL E. GOSS, JR., Plaintiff | DOCKET NO.   1:CV-00-1069 |
| v.<br>WILLIAM F. WARD, et | MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on __September 26, 2001__ against
                                                                       date

__plaintiff, Russell E. Goss, Jr.,__ the clerk is requested to tax the following as costs:

**BILL OF COSTS**

FILED
HARRISBURG, PA

| | |
|---|---|
| Fees of the clerk ............................................... | $ |
| Fees for service of summons and complaint ................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ................................. | |
| Fees and disbursements for printing ............................ | |
| Fees for witnesses (itemized on reverse side) ................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in case **(See Attachment A)** ....................... | 6.00 |
| Docket fees under 28 U.S.C. § 1923 ............................ | 20.00 |
| Costs incident to taking of depositions ........................ | |
| Costs as shown on Mandate of Court of Appeals .............. | |
| Other costs (Please itemize) .................................... | |
| **TOTAL** | $ 26.00 |

OCT 0 3 2001

MARY E. D'ANDREA, CLERK
Per _____
              Deputy Clerk

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of costs.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

SIGNATURE OF ATTORNEY _____

FOR: __William F. Ward, et al., defendants__
      Name of claiming party

DATE  October 3, 2001

Please take notice that I will appear before the clerk who will tax said costs on the following day and time:

DATE AND TIME

Costs are hereby taxed in the following amount and included in the judgment:

AMOUNT TAXED
$

CLERK OF COURT          (BY) DEPUTY CLERK          DATE

## ITEMIZATION OF COSTS

**Defendants' Statement of Undisputed Material Facts
Filed March 6, 2001**

**12 pages at $.10 / page x 5 copies. . . . . . . . . $6.00**

**Attachment A**

## CERTIFICATE OF SERVICE

I, **LISA L. SHEIDY**, Secretary to Daniel J. Doyle, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on October 3, 2001, I caused to be served a copy of the foregoing document entitled **Bill of Costs** depositing same in the United States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania, upon the following:

**Russell Goss, Jr., CD-1749**
**SCI-Frackville**
**1111 Altamont Boulevard**
**Frackville, PA 17931-2699**

*Lisa L. Sheidy*
**LISA L. SHEIDY**
Secretary to Daniel J. Doyle
Senior Deputy Attorney General
I.D. No. 54855